UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRON WORKERS' LOCAL NO. 25 PENSION
FUND; IRON WORKERS' UNION NO. 25
INDIVIDUAL ACCOUNT RETIREMENT FUND;
IRON WORKERS' HEALTH FUND OF
EASTERN MICHIGAN; IRON WORKERS'
LOCAL NO. 25 VACATION PAY FUND; and
IRON WORKERS' APPRENTICESHIP FUND OF
EASTERN MICHIGAN, Trust Funds Established
and Administered Pursuant to Federal Law,

      Plaintiffs,                         Case No.: 2:02-cv-72744
                                                Hon. Terrence G. Berg

v.

TOWER STEEL ERECTORS, INC., a
Michigan Corporation; and JOHN
WARDELL, an Individual,

      Defendants.
_____/
*AsherKelly, PLLC*
DAVID J. SELWOCKI (P51375)
MATTHEW I. HENZI (P57334)
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1100
Southfield, MI 48075
(248) 746-2759
dselwocki@asherkellylaw.com
mhenzi@asherkellylaw.com
_____/

**ORDER OF RENEWED JUDGMENT AGAINST DEFENDANTS
TOWER STEEL ERECTORS, INC. AND JOHN WARDELL**

This matter having come before the Court upon Plaintiffs' Ex-Parte Motion

1

to Renew Judgment against Defendants Tower Steel Erectors, Inc. and John Wardell, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Order of Renewed Judgment by Default entered on March 22, 2013 is hereby renewed and entered against Defendants Tower Steel Erectors, Inc. and John Wardell in the amount of $78,521.67, for the remaining balance on the Judgment plus Judgment interest.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
HON. TERRENCE G. BERG
United States District Court Judge

Dated: March 17, 2023

W2619381.DOC